```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

MANPREET SINGH                                          PETITIONER

V.                         CIVIL ACTION NO. 5:20-CV-86-DCB-MTP

WARDEN SHAWN GILLIS                                     RESPONDENT

Order Adopting Report and Recommendation

This matter is before the Court on Manpreet Singh's Petition for Writ of Habeas Corpus [ECF No. 1] and Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 22], to which no objections have been filed. On December 7, 2020, Respondent filed a Motion to Supplement his Response [ECF No. 21] and notified the Court that Petitioner was removed from the country on June 22, 2021. Judge Parker recommends that the Petition for Writ of Habeas Corpus be dismissed with prejudice and Petitioner's request for attorney's fees be denied.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation is ADOPTED as the findings and conclusions of this Court.

A final judgment shall be entered of even date herewith in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 11th day of February, 2021.

      /s/ David Bramlette

UNITED STATES DISTRICT JUDGE